B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Magnavon Industries, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**95-3045492** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**961 Calle Amanecer, Ste B**<br>**San Clemente, CA**<br>ZIP Code **92673** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Magnavon Industries, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Magnavon Industries, Inc.**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Thomas J. Polis**
Signature of Attorney for Debtor(s)

**Thomas J. Polis 119326**
Printed Name of Attorney for Debtor(s)

**Polis & Associates, APLC**
Firm Name

**19800 MacArthur Boulevard, Suite 1000**
**Irvine, CA 92612-2433**

_____
Address

                    **Email: tom@polis-law.com**
**(949) 862-0040  Fax: (949) 862-0041**
Telephone Number

**February 11, 2010                    119326**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Kevin A. Crump**
Signature of Authorized Individual

**Kevin A. Crump**
Printed Name of Authorized Individual

**Chief Executive Officer**
Title of Authorized Individual

**February 11, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer).(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Thomas J. Polis, SBN 119326**<br>**Polis & Associates, APLC**<br>**19800 MacArthur Boulevard, Suite 1000**<br>**Irvine, CA 92612-2433**<br>**(949) 862-0040 Fax: (949) 862-0041**<br>**E-mail: tom@polis-law.com**<br>☒ *Attorney for*: Magnavon Industries, Inc. | |

<table>
<tr><td colspan="2"><b>UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA</b></td></tr>
<tr><td>In re:<br><br>    <b>Magnavon Industries, Inc.</b><br><br> Debtor(s). </td><td>CASE NO.:<br>CHAPTER: <b>11</b><br>ADV. NO.:</td></tr>
</table>

### ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

| | | |
|---|---|---|
| ☐ Petition, statement of affairs, schedules or lists | Date Filed: | _____ |
| ☐ Amendments to the petition, statement of affairs, schedules or lists | Date Filed: | _____ |
| ☐ Other: | Date Filed: | _____ |

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____          _____
*Signature of Authorized Signatory of Filing Party*                  Date

**Kevin A. Crump**
_____
*Printed Name of Authorized Signatory of Filing Party*

**Chief Executive Officer**
_____
*Title of Authorized Signatory of Filing Party*

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____          _____
*Signature of Attorney for Filing Party*                  Date

**Thomas J. Polis**
_____
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                  Best Case Bankruptcy

## United States Bankruptcy Court
### Central District of California

In re   __Magnavon Industries, Inc._____

                                           Debtor(s)

Case No. _____

Chapter   __11__

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Kevin A. Crump**, declare under penalty of perjury that I am the **Chief Executive Officer** of **Magnavon Industries, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the ___9th___ day of February, 2010.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Kevin A. Crump, Chief Executive Officer** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Kevin A. Crump, Chief Executive Officer** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Kevin A. Crump, Chief Executive Officer** of this Corporation is authorized and directed to employ **Thomas J. Polis**, attorney and the law firm of **Polis & Associates, APLC** to represent the corporation in such bankruptcy case."

Date   __2-9-10_____

Signed   _X_____
                        Kevin A. Crump

Resolution of Board of Directors
of
**Magnavon Industries, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Kevin A. Crump, Chief Executive Officer** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Kevin A. Crump, Chief Executive Officer** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Kevin A. Crump, Chief Executive Officer** of this Corporation is authorized and directed to employ **Thomas J. Polis**, attorney and the law firm of **Polis & Associates, APLC** to represent the corporation in such bankruptcy case.

Date __2-9-10_____      Signed _____

Date _____      Signed _____

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Thomas J. Polis**<br>**19800 MacArthur Boulevard, Suite 1000**<br>**Irvine, CA 92612-2433**<br>**(949) 862-0040 Fax: (949) 862-0041**<br>California State Bar Number: **119326**<br><br>*Attorney for Debtor* | |

<table>
<tr><td colspan="2" align="center"><b>UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA</b></td></tr>
<tr><td>In re:<br><br>    <b>Magnavon Industries, Inc.</b><br><br><br><br><br><br>                 Debtor(s),<br>                 Plaintiff(s),<br>               Defendant(s).</td><td>CASE NO.:<br><br>ADV. NO.:<br><br>CHAPTER:   **11**</td></tr>
</table>

# Corporate Ownership Statement Pursuant to
# F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

*Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Thomas J. Polis**                                            , the undersigned in the above-captioned case, hereby declare
           *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.       I have personal knowledge of the matters set forth in this Statement because:

        ☐ I am the president or other officer or an authorized agent of the debtor corporation

        ☐ I am a party to an adversary proceeding

        ☐ I am a party to a contested matter

        ■ I am the attorney for the debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

        *[For additional names, attach an addendum to this form.]*

b.     ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**/s/ Thomas J. Polis**                                                **February 11, 2010**
Signature of Attorney or Declarant               Date

**Thomas J. Polis**
Printed Name of Attorney or Declarant

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

April 2007

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com           Best Case Bankruptcy

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re __Magnavon Industries, Inc._____     Case No. _____

Debtor(s)     Chapter     __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Aflac Worldwide Headquarters 1932 Wynnton Rd Columbus, GA 31993-8601 | Aflac Worldwide Headquarters 1932 Wynnton Rd Columbus, GA 31993-8601 | | | 519.60 |
| American Express Business PO Box 981535 El Paso, TX 79998-1535 | American Express Business PO Box 981535 El Paso, TX 79998-1535 | | | 5,341.97 |
| American Team Managers 1030 N. Armando St Anaheim, CA 92806 | American Team Managers 1030 N. Armando St Anaheim, CA 92806 | Re: Workers' Compensation | | 1,420.00 |
| Bank of America PO Box 15184 Wilmington, DE 19850-5184 | Bank of America PO Box 15184 Wilmington, DE 19850-5184 | | | 69,746.44 |
| Bank of America PO Box 15184 Wilmington, DE 19850-5184 | Bank of America PO Box 15184 Wilmington, DE 19850-5184 | | | 16,507.03 |
| Crump Industries 961 Calle Amanecer, Ste B San Clemente, CA 92673 | Crump Industries 961 Calle Amanecer, Ste B San Clemente, CA 92673 | | | 121,955.87 |
| Doris Crump 18911 Via Encanto Yorba Linda, CA 92886 | Doris Crump 18911 Via Encanto Yorba Linda, CA 92886 | | | 439,000.00 |
| Ford Motor Credit Customer Service Center PO Box 542000 Omaha, NE 68154-8000 | Ford Motor Credit Customer Service Center PO Box 542000 Omaha, NE 68154-8000 | 2008 Ford F250 Truck 961 Calle Amanecer, Ste B San Clemente CA 92673 | | 33,468.42 (24,850.00 secured) |
| Ford Motor Credit Customer Service Center PO Box 542000 Omaha, NE 68154-8000 | Ford Motor Credit Customer Service Center PO Box 542000 Omaha, NE 68154-8000 | 2008 Ford F150 Truck 961 Calle Amanecer, Ste B San Clemente CA 92673 | | 20,809.71 (13,200.00 secured) |
| Hartford Ins PO Box 2907 Hartford, CT 06104 | Hartford Ins PO Box 2907 Hartford, CT 06104 | Re: Business Insurance | | 1,389.78 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Magnavon Industries, Inc.**                                                    Case No. _____
                                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Health Net**<br>**PO Box 9103**<br>**Van Nuys, CA 91409-9103** | **Health Net**<br>**PO Box 9103**<br>**Van Nuys, CA 91409-9103** | | | **3,049.51** |
| **Kevin A. Crump**<br>**1003 Avenida Presidio**<br>**San Clemente, CA 92673** | **Kevin A. Crump**<br>**1003 Avenida Presidio**<br>**San Clemente, CA 92673** | | | **55,570.04** |
| **Kevin Crump**<br>**1003 Avenida Presidio**<br>**San Clemente, CA 92673** | **Kevin Crump**<br>**1003 Avenida Presidio**<br>**San Clemente, CA 92673** | | | **30,570.04** |
| **Mal Crump**<br>**24639 High Country Rd**<br>**Ramona, CA 92065** | **Mal Crump**<br>**24639 High Country Rd**<br>**Ramona, CA 92065** | | | **50,000.00** |
| **Moreno Valley Investment Group**<br>**PO Box 74293**<br>**San Clemente, CA 92673** | **Moreno Valley Investment Group**<br>**PO Box 74293**<br>**San Clemente, CA 92673** | **Re: Landlord 921 Calle Amanecer, Ste G San Clemente, CA 92673** | | **1,680.00** |
| **Orange County Tax Collector**<br>**11 Civic Center Plaza, Ste G58**<br>**PO Box 1438**<br>**Santa Ana, CA 92702** | **Orange County Tax Collector**<br>**11 Civic Center Plaza, Ste G58**<br>**PO Box 1438**<br>**Santa Ana, CA 92702** | **Re: Property Tax due 8/31/2009** | | **17,477.48** |
| **Progressive Express Ins.**<br>**PO Box 30108**<br>**Tampa, FL 33630-3108** | **Progressive Express Ins.**<br>**PO Box 30108**<br>**Tampa, FL 33630-3108** | **Re: Automobile Insurance** | | **2,224.70** |
| **San Diego Gas & Electric**<br>**PO Box 25111**<br>**Santa Ana, CA 92799-5111** | **San Diego Gas & Electric**<br>**PO Box 25111**<br>**Santa Ana, CA 92799-5111** | | | **1,141.91** |
| **Verizon Wireless**<br>**PO Box 9622**<br>**Mission Hills, CA 91346-9622** | **Verizon Wireless**<br>**PO Box 9622**<br>**Mission Hills, CA 91346-9622** | | | **746.85** |
| **Wells Fargo Business Line**<br>**PO Box 348750**<br>**Sacramento, CA 95834** | **Wells Fargo Business Line**<br>**PO Box 348750**<br>**Sacramento, CA 95834** | | | **39,274.34** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **February 11, 2010**                          Signature  **/s/ Kevin A. Crump**
                                                              **Kevin A. Crump**
                                                              **Chief Executive Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Central District of California

In re    **Magnavon Industries, Inc.** _____ ,    Case No. _____

Debtor    Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **None** | | | |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**February 11, 2010**_____    Signature **/s/ Kevin A. Crump**_____
**Kevin A. Crump**
**Chief Executive Officer**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

__**0**____ continuation sheets attached to List of Equity Security Holders

| Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| **Thomas J. Polis**<br>**19800 MacArthur Boulevard, Suite 1000**<br>**Irvine, CA 92612-2433**<br>**(949) 862-0040 Fax:(949) 862-0041**<br>**E-mail: tom@polis-law.com**<br>CA State Bar Number: **119326** | |

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
|---|---|
| In re:<br><br>        **Magnavon Industries, Inc.**<br><br>                                                    Debtor. | CHAPTER 11<br><br>CASE NUMBER<br><br>        (No Hearing Required) |

## VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1. Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (*from Form S0100, S0200, or S0300*): 961 Calle Amanecer, Suite B, San Clemente, California 92673

2. Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:
   961 Calle Amanecer, Suite B, San Clemente, California 92673

3. Disclose the current business address(es) for all corporate officers:
   961 Calle Amanecer, Suite B, San Clemente, California 92673

4. Disclose the current business address(es) where the Debtor's books and records are located:
   961 Calle Amanecer, Suite B, San Clemente, California 92673

5. List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:
   961 Calle Amanecer, Suite B, San Clemente, California 92673

6. Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

7. State the name and address of the officer signing this Statement and the relationship of such person to the Debtor (*specify*): Kevin A. Crump, Chief Executive Officer

8. Total number of attached pages of supporting documentation: ____

*Rev. 12/99*   This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.        **VEN-C**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                                                                                Best Case Bankruptcy

Venue Disclosure Form for Corporations Filing Chapter 11 - Page 2                **VEN-C**

| In re | | CHAPTER 11 |
|---|---|---|
| **Magnavon Industries, Inc.** | | CASE NUMBER |
| | Debtor. | |

9.    I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on February __9__, 2010 at San Clemente, California.

**Kevin A. Crump**
_____
*Type Name of Officer*

**Chief Executive Officer**
_____
*Position or Title of Officer*

_____
~~Signature of Declarant~~

*Rev. 12/99*  This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **VEN-C**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                                                            Best Case Bankruptcy

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **None.**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **None.**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **None.**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **None.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **San Clemente**                      , California.         **/s/ Kevin A. Crump**

                                                                          **Kevin A. Crump**
Dated         **February 11, 2010**                                      *Debtor*

                                                                          *Joint Debtor*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Central District of California

In re  **Magnavon Industries, Inc.** _____ ,     Case No. _____

Debtor

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 281,634.63 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 436,877.34 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 17,477.48 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 841,367.26 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | 281,634.63 | | |
| Total Liabilities | | | | 1,295,722.08 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Central District of California

In re   **Magnavon Industries, Inc.**                                      Case No. _____
                                                     ,
                                Debtor
                                                     Chapter _____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Magnavon Industries, Inc.**                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Magnavon Industries, Inc.**                                              ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account Wells Fargo Bank San Clemente, CA (as of 1/11/2010)** | - | 15,639.91 |
| | | **Checking Account Bankof America Yorba Linda, CA (as of 1/11/2010)** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Moreno Valley Investment Co. 921 Calle Amanecer, Suite D San Clemente, CA** | - | 2,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          **17,639.91**
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Magnavon Industries, Inc.**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable (as of 12/31/2009)** | - | **105,833.82** |
| | | **Notes Receivable Employee Advances (information to be provided upon request)** | - | **Unknown** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >      **105,833.82**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Magnavon Industries, Inc.**                                                    ,    Case No. _____
                                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Design prints of tools<br>961 Calle Amanecer, Ste B<br>San Clemente CA 92673 | - | Unknown |
| | | Prints and Designs<br>961 Calle Amanecer, Ste B<br>San Clemente CA 92673 | - | Unknown |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Toyota Tundra<br>961 Calle Amanecer, Ste B<br>San Clemente CA 92673<br>(as of 12/2009) | - | 4,800.00 |
| | | 2008 Ford F150 Truck<br>961 Calle Amanecer, Ste B<br>San Clemente CA 92673 | - | 13,200.00 |
| | | 2008 Ford F250 Truck<br>961 Calle Amanecer, Ste B<br>San Clemente CA 92673 | - | 24,850.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office equipment and supplies<br>(as of 12/31/2009)<br>961 Calle Amanecer, Ste B<br>San Clemente CA 92673 | - | 85,310.90 |

Sub-Total >     128,160.90
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Magnavon Industries, Inc.**                                    ,     Case No. _____
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2-Haas MDC500**<br>**961 Calle Amanecer, Ste B**<br>**San Clemente CA 92673** | - | **Unknown** |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | **Machinery, fixtures and equipment**<br>**961 Calle Amanecer, Ste B**<br>**San Clemente CA 92673** | - | **Unknown** |
| | | **Machinery Lease**<br>**1-Mazak Quick Turn Nexus QTN-100my2 with Mazatrol Matrix Control**<br>**2-Mazak Quick Turn Nexus 100 Universal Turning Center with Mazatrol Matrix Control** | - | **Unknown** |
| | | **Machinery Leases**<br>**1-Kia CNC Turning Center, Chip Conveyor, LNS Eco-Load Barfead System, Axial Mill Drill Heads**<br>**2-Kia SKT 161M** | - | **Unknown** |
| | | **Machinery Lease**<br>**Mazak QTN-100MSY2 Vertical Machining Center**<br>**Location: 961 Calle Amanecer, Ste B, San Clemente CA 92673** | - | **Unknown** |
| | | **Citizen A20**<br>**961 Calle Amanecer, Ste B**<br>**San Clemente CA 92673** | - | **Unknown** |
| 30.  Inventory. | | **Finished goods, raw stock**<br>**961 Calle Amanecer, Ste B**<br>**San Clemente CA 92673** | - | **Unknown** |
| | | **Inventory**<br>**961 Calle Amanecer, Ste B**<br>**San Clemente CA 92673** | - | **30,000.00** |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 30,000.00 |
| (Total of this page) | |
| Total > | 281,634.63 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re   **Magnavon Industries, Inc.**                                          ,     Case No. _____
                                   Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **2513**<br><br>**Ford Motor Credit**<br>**Customer Service Center**<br>**PO Box 542000**<br>**Omaha, NE 68154-8000** | | - | **4/11/2008**<br><br>**Purchase Money Security**<br><br>**2008 Ford F150 Truck**<br>**961 Calle Amanecer, Ste B**<br>**San Clemente CA 92673**<br>Value $                    **13,200.00** | | | | **20,809.71** | **7,609.71** |
| Account No. **9331**<br><br>**Ford Motor Credit**<br>**Customer Service Center**<br>**PO Box 542000**<br>**Omaha, NE 68154-8000** | | - | **9/8/2007**<br><br>**Purchase Money Security**<br><br>**2008 Ford F250 Truck**<br>**961 Calle Amanecer, Ste B**<br>**San Clemente CA 92673**<br>Value $                    **24,850.00** | | | | **33,468.42** | **8,618.42** |
| Account No. **xxxx & 5002**<br><br>**General Electric Capital Corp**<br>**PO Box 31001-0275**<br>**Pasadena, CA 91110-0275** | | - | **Non-Purchase Money Security**<br><br>**Machinery Leases**<br>**1-Kia CNC Turning Center, Chip Conveyor, LNS Eco-Load Barfeed System, Axial Mill Drill Heads**<br>**2-Kia SKT 161M**<br>Value $                    **Unknown** | | | | **199,181.53** | **Unknown** |
| Account No.<br><br>**David M. Kritzer, Esq.**<br>**Hemar, Rousso & Heald, LLP**<br>**15910 Ventura Blvd, 12th Fl**<br>**Encino, CA 91436** | | | **Related to:**<br>**General Electric Capital Corp**<br><br><br>Value $ | | | | **Notice Only** | |
| __2__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | **253,459.66** | **16,228.13** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Magnavon Industries, Inc.** _____,   Case No. _____
                                                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>Siemens Financial Services, Inc. <br>3417 Collection Center Dr <br>Chicago, IL 60693 | | - | **Non-Purchase Money Security Machinery Lease 1-Mazak Quick Turn Nexus QTN-100my2 with Mazatrol Matrix Control 2-Mazak Quick Turn Nexus 100 Universal Turning Center with Mazatrol Matrix Control** | | | | | |
| | | | Value $        **Unknown** | | | | **183,417.68** | **Unknown** |
| Account No. <br><br>Arlene N. Gelman, Esq. <br>Vedder Price, PC <br>222 N. LaSalle St <br>Chicago, IL 60601 | | | **Related to: Siemens Financial Services, Inc.** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. <br><br>Siemens Financial Services, Inc. <br>170 Wood Ave South <br>Iselin, NJ 08830 | | | **Related to: Siemens Financial Services, Inc.** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. <br><br>Uzzi O. Raanan, Esq. <br>Danning, Gill, Diamond & KollitzLLP <br>2029 Century Park E, Third Fl <br>Los Angeles, CA 90067 | | | **Related to: Siemens Financial Services, Inc.** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. **326L** <br><br>TCF Equipment Finance, Inc. <br>PO Box 4130 <br>Hopkins, MN 55343-0498 | | - | **Non-Purchase Money Security** <br><br>**Machinery Lease Mazak QTN-100MSY2 Vertical Machining Center Location: 961 Calle Amanecer, Ste B, San Clemente CA 92673** | | | | | |
| | | | Value $        **Unknown** | | | | **Unknown** | **Unknown** |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **183,417.68** | **0.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6D (Official Form 6D) (12/07) - Cont.

In re  **Magnavon Industries, Inc.** _____ ,  Case No. _____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| **John J. Stifter, Esq.** **Stifter Law Corp.** **1181 Puerta del Sol, Ste 100** **San Clemente, CA 92673** | | | | **Related to:** **TCF Equipment Finance, Inc.** | | | | **Notice Only** | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 436,877.34 | 16,228.13 |

B6E (Official Form 6E) (12/07)

In re  **Magnavon Industries, Inc.** ,                                    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2**      continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re **Magnavon Industries, Inc.**        Case No. _____
                                                    ,
                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **Employment Development Dept. Bankruptcy Group MIC 92E PO Box 826880 Sacramento, CA 94280-0001** | - | | | | | | **Unknown** | **Unknown** | **Unknown** |
| Account No. | | | | | | | | | |
| **Franchise Tax Board Attn: Bankruptcy PO Box 2952 Sacramento, CA 95812-2952** | - | | | | | | **Unknown** | **Unknown** | **Unknown** |
| Account No. | | | | | | | | | |
| **Internal Revenue Service c/o Civil Trial West Tax Division US Dept Justice Washington, DC 20530** | - | | | | | | **Unknown** | **Unknown** | **Unknown** |
| Account No. | | | | | | | | | |
| **Internal Revenue Service Fresno, CA 93888** | | | Related to: **Internal Revenue Service** | | | | **Notice Only** | | |
| Account No. | | | | | | | | | |
| **Internal Revenue Service Insolvency Group 3 Mail Stop 5503 24000 Avila Rd Laguna Niguel, CA 92677** | | | Related to: **Internal Revenue Service** | | | | **Notice Only** | | |

Sheet __1__ of __2__ continuation sheets attached to           Subtotal      **0.00**
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)     **0.00**     **0.00**

B6E (Official Form 6E) (12/07) - Cont.

In re **Magnavon Industries, Inc.** _____ ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Internal Revenue Service** PO Box 21126 Philadelphia, PA 19114 | | | Related to: **Internal Revenue Service** | | | | **Notice Only** | | |
| Account No. **5406** **Orange County Tax Collector** 11 Civic Center Plaza, Ste G58 PO Box 1438 Santa Ana, CA 92702 | - | | Re: Property Tax due 8/31/2009 | | | | **17,477.48** | **0.00** | **17,477.48** |
| Account No. **4675** **State Board of Equalization** PO Box 942879 Sacramento, CA 94279-0001 | - | | | | | | **Unknown** | **Unknown** | **Unknown** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | **17,477.48** | **17,477.48** |
| Total (Report on Summary of Schedules) | 0.00 | |
| | **17,477.48** | **17,477.48** |

B6F (Official Form 6F) (12/07)

In re    **Magnavon Industries, Inc.**                                           ,    Case No. _____

                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Aflac Worldwide Headquarters** <br> **1932 Wynnton Rd** <br> **Columbus, GA 31993-8601** | | - | | | | | | **519.60** |
| Account No. <br><br> **Alumini Partners LLC** <br> **961 Calle Amanecer, Ste A** <br> **San Clemente, CA 92673** | | - | | **Re: Landlord** <br> **961 Calle Amanecer, Ste B** <br> **San Clemente, CA 92673** | | | | **Unknown** |
| Account No. **xxxx2004** <br><br> **American Express Business** <br> **PO Box 981535** <br> **El Paso, TX 79998-1535** | | - | | | | | | **5,341.97** |
| Account No. <br><br> **American Team Managers** <br> **1030 N. Armando St** <br> **Anaheim, CA 92806** | | - | | **Re: Workers' Compensation** | | | | **1,420.00** |

___7___   continuation sheets attached

                                                                                    Subtotal
                                                                          (Total of this page)         **7,281.57**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Magnavon Industries, Inc.** _____,    Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **4844**  AT&T Payment Center Sacramento, CA 95887-0001 | | - | | | | | | 67.32 |
| Account No. **4878**  AT&T Mobility PO Box 6463 Carol Stream, IL 60197-6463 | | - | | | | | | 406.47 |
| Account No.  Banc of America Leasing & Capital, LLC PO Box 371992 Pittsburgh, PA 15250-7992 | | - | | Re: Equipment Lease Repossession Banc of America Leasing & Capital, LLC v. Magnavon Industries, Inc. Case No. 30-2009-00123470 | | | | Unknown |
| Account No.  Kevin P. Whiteford, Esq. Serlin & Whiteford, LLP 813 F St, 2nd Fl Sacramento, CA 95814 | | | | Related to: Banc of America | | | | Notice Only |
| Account No. **8276**  Bank of America PO Box 15184 Wilmington, DE 19850-5184 | | - | | | | | | 69,746.44 |

Sheet no. __1__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **70,220.23**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Magnavon Industries, Inc.** _____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **8665** | | | | | | | | | |
| Bank of America PO Box 15184 Wilmington, DE 19850-5184 | | - | | | | | | | 16,507.03 |
| Account No. | | | | | Re: Equipment Lease Repossession Bank of the West; Trinity v. Magnavon Industries, Inc. Case No.09-488339 | | | | |
| Bank of the West Trinity PO Box 515487 Los Angeles, CA 90051-6787 | | - | | | | | | | Unknown |
| Account No. | | | | | Related to: Bank of the West | | | | |
| Douglas Holloway, Esq. Law Office of Douglas Holloway 201 Bennington St San Francisco, CA 94110 | | | | | | | | | Notice Only |
| Account No. **0270** | | | | | | | | | |
| Bay Alarm PO Box 7137 San Francisco, CA 94120-7137 | | - | | | | | | | 195.00 |
| Account No. **5702** | | | | | | | | | |
| Cox Business PO Box 53280 Phoenix, AZ 85072-3280 | | - | | | | | | | 403.51 |

Sheet no. __2__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,105.54

B6F (Official Form 6F) (12/07) - Cont.

In re **Magnavon Industries, Inc.** ,    Case No. _____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **7210** | | | | | | | | | |
| CR&R Inc. PO Box 206 Stanton, CA 90680 | | - | | | | | | | |
| | | | | | | | | | 147.32 |
| Account No. | | | | | | | | | |
| Crump Industries 961 Calle Amanecer, Ste B San Clemente, CA 92673 | | - | | | | | | | |
| | | | | | | | | | 121,955.87 |
| Account No. | | | | | | | | | |
| Doris Crump 18911 Via Encanto Yorba Linda, CA 92886 | | - | | | | | | | |
| | | | | | | | | | 439,000.00 |
| Account No. | | | | | Re: Accounting | | | | |
| Douglas C. Elder 120 Calle Amistad, Unit 9209 San Clemente, CA 92673 | | - | | | | | | | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Re: Business Insurance | | | | |
| Hartford Ins PO Box 2907 Hartford, CT 06104 | | - | | | | | | | |
| | | | | | | | | | 1,389.78 |

Sheet no. __3__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

562,492.97

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Magnavon Industries, Inc.**                                           ,      Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **26CA** <br><br> **Health Net** <br> **PO Box 9103** <br> **Van Nuys, CA 91409-9103** | | - | | | | | | **3,049.51** |
| Account No. <br><br> **Jeff A. Morris, CPA** <br> **5245 E. Santa Ana Canyon Rd** <br> **Anaheim, CA 92807** | | - | | Re: Accounting | | | | **Unknown** |
| Account No. <br><br> **Kevin A. Crump** <br> **1003 Avenida Presidio** <br> **San Clemente, CA 92673** | | - | | | | | | **55,570.04** |
| Account No. <br><br> **Kevin Crump** <br> **1003 Avenida Presidio** <br> **San Clemente, CA 92673** | | - | | | | | | **30,570.04** |
| Account No. <br><br> **Lynn Frazier** <br> **21250 Via Tomas** <br> **Yorba Linda, CA 92887** | | - | | Re: Accounting | | | | **Unknown** |

Sheet no. __4__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **89,189.59**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Magnavon Industries, Inc.**_____,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mal Crump**<br>**24639 High Country Rd**<br>**Ramona, CA 92065** | | - | | | | | **50,000.00** |
| Account No.<br><br>**Mazak Corporation**<br>**PO Box 702500**<br>**Cincinnati, OH 45270-2500** | | - | | | | | **Unknown** |
| Account No.<br><br>**McFadden Dale Hardware**<br>**2925 E. La Palma**<br>**Anaheim, CA 92806** | | | Re: McFadden Dale Hardware v. Magnavon Industries, Inc. Case No. 30-2009-00281898 | | | | **Unknown** |
| Account No.<br><br>**Moreno Valley Investment Group**<br>**PO Box 74293**<br>**San Clemente, CA 92673** | | - | Re: Landlord 921 Calle Amanecer, Ste G San Clemente, CA 92673 | | | | **1,680.00** |
| Account No.<br><br>**National City Commercial Capital Co**<br>**Intech Funding Corp**<br>**PO Box 931034**<br>**Cleveland, OH 44193** | | - | Re: Equipment Lease National City Commercial Capital Co, LLC v. Magnavon Industries, Inc. Case No. 30-2009-00298460 | | | | **Unknown** |

Sheet no. __5___ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**51,680.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Magnavon Industries, Inc._____,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x010-3** | | | Re: Automobile Insurance | | | | |
| Progressive Express Ins. PO Box 30108 Tampa, FL 33630-3108 | - | | | | | | 2,224.70 |
| Account No. **5760** | | | | | | | |
| San Diego Gas & Electric PO Box 25111 Santa Ana, CA 92799-5111 | - | | | | | | 1,141.91 |
| Account No. **7520** | | | | | | | |
| San Diego Gas & Electric PO Box 25111 Santa Ana, CA 92799-5111 | - | | | | | | 9.56 |
| Account No. **xxxx-0001** | | | | | | | |
| Verizon Wireless PO Box 9622 Mission Hills, CA 91346-9622 | - | | | | | | 746.85 |
| Account No. **8165** | | | | | | | |
| Wells Fargo Business Line PO Box 348750 Sacramento, CA 95834 | - | | | | | | 39,274.34 |

Sheet no. __6___ of __7___ sheets attached to Schedule of        Subtotal        43,397.36
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Magnavon Industries, Inc.** _____,  Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Wells Fargo Equipment Finance, Inc.**<br>**NW-8178**<br>**Minneapolis, MN 55485-8178** | - | | | **Re: Equipment Lease Repossession**<br>**Wells Fargo Equipment Finance, Inc.**<br>**v. Magnavon Industries, Inc.**<br>**Case No. 30-2009-00125876** | | | | **Unknown** |
| Account No.<br><br>**Vincent V. Frounjian, Esq.**<br>**Law Offices of Vincent V. Frounjian**<br>**16133 Ventura Blvd, Ste 560**<br>**Encino, CA 91436** | | | | **Related to:**<br>**Wells Fargo Equipment Finance, Inc.** | | | | **Notice Only** |
| Account No.<br><br><br><br> | | | | | | | | |
| Account No.<br><br><br><br> | | | | | | | | |
| Account No.<br><br><br><br> | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __7__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **0.00** |
| | Total<br>(Report on Summary of Schedules) | **841,367.26** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re  **Magnavon Industries, Inc.**                                                                      ,        Case No. _____
                                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Alumini Partners LLC**<br>**961 Calle Amanecer, Ste A**<br>**San Clemente, CA 92673** | **Re: Commercial Property Lessor**<br>**961 Calle Amanecer, Ste B**<br>**San Clemente, CA 92673**<br>**Lease Expiration April 30, 2010** |
| **Moreno Valley Investment Group**<br>**PO Box 74293**<br>**San Clemente, CA 92673** | **Re: Commercial Property Lessor**<br>**961 Calle Amanecer, Ste G**<br>**San Clemente, CA 92673**<br>**Lease Expiration April 30, 2010** |
| **Toshiba America Business Solutions**<br>**PO Box 3083**<br>**Cedar Rapids, IA 52406-3083** | **Re: Commercial Equipment Lease**<br>**Toshiba E-Studio Copier 162D**<br>**S/N CJL514957**<br>**Lease Expiration November 27, 2009** |

**0**
\_\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Magnavon Industries, Inc.**                                            ,    Case No. _____
                                                  Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of California

In re   **Magnavon Industries, Inc.**                                                    Case No. _____

                                                    Debtor(s)                            Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

   I, the Chief Executive Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**23**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **February 11, 2010**                              Signature   **/s/ Kevin A. Crump**
                                                                      **Kevin A. Crump**
                                                                      **Chief Executive Officer**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Central District of California

In re  **Magnavon Industries, Inc.**
_____      Case No.  _____
                                    Debtor(s)           Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$62,312.09** | **2010 YTD: Business Income** |
| **$889,689.23** | **2009: Business Income (Total Revenue $1,127,814.10)** |
| **$1,466,870.55** | **2008: Business Income** |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$350,746.00** | **2008: Equipment sold through consignment** |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Ordinary course of business payments List to be provided upon request** | | **$0.00** | **$0.00** |

None ☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **List to be provided upon request.** | | **$0.00** | **$0.00** |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **McFadden Dale Hardware v. Magnavon Industries, Inc. Case No. 30-2009-00281898** | **Collection** | **California Superior Court, Orange County Laguna Hills** | **Pending** |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **TCF Equipment Finance Inc. v. Magnavon Industries, Inc. Case No. 30-2009-00290751 P's Counsel: John J. Stifter, Esq. Stifter Law Corp.** | **Collection** | **California Superior Court, Orange County Santa Ana** | **Pending** |
| **Siemens Financial Services, Inc. v. Magnavon Industries, Inc. Case No. 30-2009-00290190 Plaintiff's Counsel: Uzzi O. Raanan, Esq. Danning, Gill, Diamond & Kollitz, LLP** | **Collection** | **California Superior Court, Orange County Santa Ana** | **Pending** |
| **National City Commercial Capital Co., LLC; Intech Funding Corporation v. Magnavon Industries, Inc. Case No. 30-2009-00298460** | **Collection** | **California Superior Court, Orange County Santa Ana** | **Pending** |
| **Bank of America Leasing & Capital, LLC v. Magnavon Industries, Inc. Case No. 30-2009-00123470 P's Counsel: Kevin P. Whiteford, Esq. Serlin & Whiteford, LLP** | **Collection** | **California Superior Court, Orange County Santa Ana** | **Pending** |
| **Bank of the West; Trinity v. Magnavon Industries, Inc. Case No. 09-488339 P's Counsel: Douglas Hollway, Esq. Law Office of Douglas Holloway** | **Collection** | **California Superior Court, San Francisco County** | **Pending** |
| **Wells Fargo Equipment Finance, Inc. v. Magnavon Industries, Inc. Case No. 30-2009-00125876 P's Counsel: Vincent V. Frounjian, Esq. Law Offices of Vincent V. Frounjian, P.C.** | **Collection** | **California Superior Court, Orange County Santa Ana** | **Pending** |
| **General Electric Capital Corporation v. Magnavon Industries, Inc. Case No. 30-2009-00123168 P's Counsel: David M. Kritzer, Esq. Hemar, Rousso & Heald, LLP** | **Collection** | **California Superior Court, Orange County Santa Ana** | **Pending** |

None ☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

4

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Orange County Tax Collector**<br>**PO Box 1438**<br>**Santa Ana, CA 92702-1438** | **December 30, 2009** | **$4,647.83 seized**<br>**$18,324.81 due for Equipment Property Tax** |
| **McFadden Dale Hardware**<br>**2925 E. La Palma**<br>**Anaheim, CA 92806** | **November 16, 2009** | **Bank Account $2,082.73** |

### 5. Repossessions, foreclosures and returns

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bank of America**<br>**Leasing & Capital, LLC**<br>**PO Box 371992**<br>**Pittsburgh, PA 15250-7992** | **October 6, 2009** | **Mazak CNC-Turning Machine**<br>**$184,468.45** |
| **Wells Fargo Equipment Finance, Inc.**<br>**NW-8178**<br>**Minneapolis, MN 55485-8178** | **November 18, 2009** | **Mazak CNC-Turning Machine**<br>**$204,502.00** |
| **Bank of the West**<br>**Trinity**<br>**PO Box 515487**<br>**Los Angeles, CA 90051-6787** | **June 5, 2009** | **Mazak CNC-Turning Machine**<br>**$202,515.69** |

### 6. Assignments and receiverships

None ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

5

#### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

#### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Polis & Associates, APLC**<br>**19800 MacArthur Boulevard, Suite 1000**<br>**Irvine, CA 92612-2433** | **January 7, 2010**<br>**February 9, 2010**<br>**February 9, 2010** | **$40,000.00**<br>**$5,000.00**<br>**$1,039.00** |
| **Michael G. Spector, Esq.**<br>**2677 N. Main St, Ste 800**<br>**Santa Ana, CA 92705** | **November 16, 2009** | **$2,000.00** |

#### 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **American Auctioneers Group, Inc.**<br>**1146 Central Ave, Ste 535**<br>**Glendale, CA 91202** | | **Numerous items of machinery and equipment consigned and sold for $350,746.00.** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

#### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

6

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **801 S.Richfield Rd, Placentia, CA 92878** | **Magnavon Industries, Inc.** | **1986 to May 2008** |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

7

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

     The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

     *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Lynn Frazier**<br>**21250 Via Tomas**<br>**Yorba Linda, CA 92887** | **Current** |

8

| NAME AND ADDRESS | | DATES SERVICES RENDERED |
|---|---|---|
| **Douglas C. Elder** | | **Current** |
| **120 Calle Amistad, Unit 9209** | | |
| **San Clemente, CA 92673** | | |
| | | |
| **Kevin A. Crump** | | **Current** |
| **1003 Avenida Presidio** | | |
| **San Clemente, CA 92673** | | |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Jeff A. Morris, CPA** | **5245 E. Santa Ana Canyon Rd** | **Current** |
| | **Anaheim, CA 92807** | |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Douglas C. Elder** | **120 Calle Amistad, Unit 9209** |
| | **San Clemente, CA 92673** |
| | |
| **Kevin A. Crump** | **1003 Avenida Presidio** |
| | **San Clemente, CA 92673** |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Mazak Corporation** | **February 2008** |
| **PO Box 702500** | |
| **Cincinnati, OH 45270-2500** | |

### 20. Inventories

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **October 1, 2008 to October 10, 2008** | **Chris Taylor** | |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **October 1, 2008 to October 10, 2008** | **Chris Taylor** |
| | **25218 Maynard Dr** |
| | **Moreno Valley, CA 92553** |

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Kevin A. Crump**<br>**1003 Avenida Presidio**<br>**San Clemente, CA 92673** | **Chief Executive Officer** | **100%** |

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **February 11, 2010**                    Signature    **/s/ Kevin A. Crump**

                                            **Kevin A. Crump**
                                            **Chief Executive Officer**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)                    1998 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.: |
|---|---|
| **Magnavon Industries, Inc.**<br><br>Debtor. | **DISCLOSURE OF COMPENSATION<br>OF ATTORNEY FOR DEBTOR** |

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

> For legal services, I have agreed to accept .................................................. $ _____**45,000.00**
>
> Prior to the filing of this statement I have received ................................ $ _____**45,000.00**
>
> Balance Due ............................................................................................ $ _____**0.00**

2.  $ __**1,039.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

**Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor - (1/88)**          1998 USBC, Central District of California

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services

**Representation does not include representing the debtor(s) relief from stay actions, appeals, Rule 2004 Examinations or related document productions, motions for reconsideration or any other adversary proceeding or contested bankruptcy matters.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| February 11, 2010 | /s/ Thomas J. Polis |
|---|---|
| *Date* | **Thomas J. Polis** |
| | *Signature of Attorney* |
| | **Polis & Associates, APLC** |
| | *Name of Law Firm* |
| | **19800 MacArthur Boulevard, Suite 1000** |
| | **Irvine, CA 92612-2433** |
| | **(949) 862-0040  Fax: (949) 862-0041** |

---

Verification of Creditor Mailing List - (Rev. 10/05)                                    2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name        **Thomas J. Polis**

Address     **19800 MacArthur Boulevard, Suite 1000 Irvine, CA 92612-2433**

Telephone   **(949) 862-0040 Fax: (949) 862-0041**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years: **Magnavon Industries, Inc.** | Case No.: |
| | Chapter:        **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __7__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:  **February 11, 2010**            **/s/ Kevin A. Crump**
                                        **Kevin A. Crump/Chief Executive Officer**
                                        Signer/Title

Date:  **February 11, 2010**            **/s/ Thomas J. Polis**
                                        Signature of Attorney
                                        **Thomas J. Polis**
                                        **Polis & Associates, APLC**
                                        **19800 MacArthur Boulevard, Suite 1000**
                                        **Irvine, CA 92612-2433**
                                        **(949) 862-0040   Fax: (949) 862-0041**

Magnavon Industries, Inc.
961 Calle Amanecer, Ste B
San Clemente, CA 92673


Thomas J. Polis
Polis & Associates, APLC
19800 MacArthur Boulevard, Suite 1000
Irvine, CA 92612-2433


Office of the US Trustee, Santa Ana
411 West Fourth St, Ste 9041
Santa Ana, CA 92701-8000


Aflac Worldwide Headquarters
1932 Wynnton Rd
Columbus, GA 31993-8601


Alumini Partners LLC
961 Calle Amanecer, Ste A
San Clemente, CA 92673


American Express Business
PO Box 981535
El Paso, TX 79998-1535


American Team Managers
1030 N. Armando St
Anaheim, CA 92806


Arlene N. Gelman, Esq.
Vedder Price, PC
222 N. LaSalle St
Chicago, IL 60601

```
AT&T
Payment Center
Sacramento, CA 95887-0001


AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463


Banc of America
Leasing & Capital, LLC
PO Box 371992
Pittsburgh, PA 15250-7992


Bank of America
PO Box 15184
Wilmington, DE 19850-5184


Bank of the West
Trinity
PO Box 515487
Los Angeles, CA 90051-6787


Bay Alarm
PO Box 7137
San Francisco, CA 94120-7137


Cox Business
PO Box 53280
Phoenix, AZ 85072-3280


CR&R Inc.
PO Box 206
Stanton, CA 90680
```

Crump Industries
961 Calle Amanecer, Ste B
San Clemente, CA 92673


David M. Kritzer, Esq.
Hemar, Rousso & Heald, LLP
15910 Ventura Blvd, 12th Fl
Encino, CA 91436


Doris Crump
18911 Via Encanto
Yorba Linda, CA 92886


Douglas C. Elder
120 Calle Amistad, Unit 9209
San Clemente, CA 92673


Douglas Holloway, Esq.
Law Office of Douglas Holloway
201 Bennington St
San Francisco, CA 94110


Employment Development Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


Ford Motor Credit
Customer Service Center
PO Box 542000
Omaha, NE 68154-8000


Franchise Tax Board
Attn: Bankruptcy
PO Box 2952
Sacramento, CA 95812-2952

```
General Electric Capital Corp
PO Box 31001-0275
Pasadena, CA 91110-0275


Hartford Ins
PO Box 2907
Hartford, CT 06104


Health Net
PO Box 9103
Van Nuys, CA 91409-9103


Internal Revenue Service
c/o Civil Trial West
Tax Division US Dept Justice
Washington, DC 20530


Internal Revenue Service
Fresno, CA 93888


Internal Revenue Service
Insolvency Group 3 Mail Stop 5503
24000 Avila Rd
Laguna Niguel, CA 92677


Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114


Jeff A. Morris, CPA
5245 E. Santa Ana Canyon Rd
Anaheim, CA 92807
```

John J. Stifter, Esq.
Stifter Law Corp.
1181 Puerta del Sol, Ste 100
San Clemente, CA 92673


Kevin A. Crump
1003 Avenida Presidio
San Clemente, CA 92673


Kevin Crump
1003 Avenida Presidio
San Clemente, CA 92673


Kevin P. Whiteford, Esq.
Serlin & Whiteford, LLP
813 F St, 2nd Fl
Sacramento, CA 95814


Lynn Frazier
21250 Via Tomas
Yorba Linda, CA 92887


Mal Crump
24639 High Country Rd
Ramona, CA 92065


Mazak Corporation
PO Box 702500
Cincinnati, OH 45270-2500


McFadden Dale Hardware
2925 E. La Palma
Anaheim, CA 92806

Moreno Valley Investment Group
PO Box 74293
San Clemente, CA 92673


National City Commercial Capital Co
Intech Funding Corp
PO Box 931034
Cleveland, OH 44193


Orange County Tax Collector
11 Civic Center Plaza, Ste G58
PO Box 1438
Santa Ana, CA 92702


Progressive Express Ins.
PO Box 30108
Tampa, FL 33630-3108


San Diego Gas & Electric
PO Box 25111
Santa Ana, CA 92799-5111


Siemens Financial Services, Inc.
3417 Collection Center Dr
Chicago, IL 60693


Siemens Financial Services, Inc.
170 Wood Ave South
Iselin, NJ 08830


State Board of Equalization
PO Box 942879
Sacramento, CA 94279-0001

TCF Equipment Finance, Inc.
PO Box 4130
Hopkins, MN 55343-0498


Toshiba America Business Solutions
PO Box 3083
Cedar Rapids, IA 52406-3083


Uzzi O. Raanan, Esq.
Danning, Gill, Diamond & KollitzLLP
2029 Century Park E, Third Fl
Los Angeles, CA 90067


Verizon Wireless
PO Box 9622
Mission Hills, CA 91346-9622


Vincent V. Frounjian, Esq.
Law Offices of Vincent V. Frounjian
16133 Ventura Blvd, Ste 560
Encino, CA 91436


Wells Fargo Business Line
PO Box 348750
Sacramento, CA 95834


Wells Fargo Equipment Finance, Inc.
NW-8178
Minneapolis, MN 55485-8178